IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROMELLE ROSS,

                       Petitioner,

     v.

UNITED STATES OF AMERICA,

                       Respondent.

ORDER

06-cr-132-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       On November 9, 2015, petitioner Romelle Ross filed an application with the Court of Appeals for the Seventh Circuit for an order authorizing the district court to consider a second or successive petition for collateral review under 28 U.S.C.§ 2255.  Petitioner contends that his sentence is unconstitutional in light of the United States Supreme Court's recent holding in <u>United States v. Johnson</u>, 135 S. Ct. 2551 (2015).

       On December 1, 2015, the court of appeals issued an order granting petitioner's application and authorizing this court to consider petitioner's claim.  Therefore, I will order that the federal defender appoint counsel to represent petitioner on his § 2255 motion. Petitioner should be aware that, because so many motions like his have been filed, it may be some time before counsel has an opportunity to consult with petitioner about his motion.

1

ORDER

IT IS ORDERED that the federal defender is to appoint counsel to represent petitioner on his motion.

Entered this 2d day of December, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge